UNITED STATES FEDERAL COURT OF JUSTICE

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023
```

| | | |
|---|---|---|
| Shomari E. Norman | ) | |
| Plaintiff, | ) | MOTION OF DISCOVERY |
| v. | ) | AWARD LETTER |
| THE CITY OF NEW YORK, NEW YORK HOUSING PROGRAM, NEW YORK CITY HOMEBASE I, RY MANAGEMENENT Co. Inc. (KELLY OWNER LLC), NEW YORK CITY POLICE DEPARTMENT 48th PRECINCT | ) ) ) ) | CIVIL ACTION  23 CV 01939 |
| Defendant(s) | ) | |

11 June 2023.

---

### PLAINTIFF MOTION OF DISCOVERY AFFIDAVIT

The Plaintiff respectfully submits this memorandum of law in support of Civil Action 22 CV 03411. The Plaintiff has submitted relevant evidence pertaining to this legal action. Plaintiff AWARD letter from the Veteran Affairs Administration.

A.   The Plaintiff SUBMITS additional evidence that RY MANAGEMENT Co. Inc. (KELLY Owner LLC) has committed HOUSING FRAUD under the color of law.

B.   Plaintiff income states: $1722.69---- 30 percent of $1722.69= $516.81

C.   18 U.S. Code § 641; Whoever embezzles, steal, purloins or knowingly converts to his use or the use of another, without authority, sells, conveys or disposes of any record, voucher, money or thing of value is guilty under this law.

D.   Personnel Money Orders from the Plaintiff BANK ACCOUNT JP MORGAN CHASE was paid in the order to RY MANAGEMENT Co. Inc. (Kelly Owner LLC) (Scope of Article 9 UCC). U.S. Code § 2302 Prohibited Personnel Practice(s).

Shomari E Norman

724 West Little Creek Rd. Apt 204

Norfolk, Virginia 23505

Email: shomari.norman3@gmail.com

*SO ORDERED:*

*Katharine H Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   6/20/2023

Plaintiff is reminded that discovery should be sent directly to opposing parties and not filed with the Court.

The Clerk of the Court is respectfully requested to close the motion at ECF No. 30.

**DEPARTMENT OF VETERANS AFFAIRS**

August 26, 2019

SHOMARI E. B. NORMAN
PO BOX 580091
BRONX, NY 10458

In Reply Refer To:  306/PCT/jh
CSS 101 74 8098
NORMAN, Shomari Emmanuel Bokeem

To Whom It May Concern:

This letter from the Department of Veterans Affairs certifies that **Shomari Emmanuel Bokeem Norman** is receiving service-connected disability compensation.

The current benefit paid is as follows:

| | |
|---|---|
| Gross Benefit Amount | $1,722.69/mo. |
| Net Amount Paid | $1,722.69/mo. |
| Effective Date | December 1, 2018 |
| Percent Disability | 80% |

If you reside in the continental United States, Alaska, Hawaii, or Puerto Rico, you may contact VA with questions by calling our toll-free number 1-800-827-1000 (for hearing impaired TDD 1-800-829-4833) or contact us online (https://iris.va.gov).

Sincerely Yours,

RO Director
VA Regional Office

Enc:  Where to Send Your Written Correspondence

cc:  Florida State Department of Veterans Affairs

SDNY PRO SE OFFICE
RECEIVED
2023 JUN 15 PM 3:10

SDNY
PRO SE OFFICE
40 FOLEY SQ
NEW YORK NY 10007

P: PURPLE   S: BACK   1:018
MUN - 4000       7947
1Z0Y5F87122264

SHOMARI NORMAN
(412) 512-5859
THE UPS STORE #5819
7870 TIDEWATER DR STE 206
NORFOLK VA 23505-3713

SHIP TO:
PRO SE OFFICE
THURGOOD MARSHALL COURTHOUSE
40 FOLEY SQ
NEW YORK NY 10007-1502

1 LBS   1 OF 1
SHP WT: 1 LBS
DWT: 15,12,1
DATE: 13 JUN 2023

UPS 3 DAY SELECT
TRACKING #: 1Z 9Y5 F87 12 9264 7947 3

BILLING: P/P