UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOMARI E. NORMAN,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

**ORDER**

23-CV-1939 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On June 29, 2023, the parties appeared for a case management conference. By August 28, 2023, Plaintiff shall file an amended complaint, including pleading jurisdiction and damages. Plaintiff is encouraged to consult with the free legal clinic mentioned below about how to prepare the amended complaint.

      Defendants shall have until 30 days following an amended complaint to file their motion to dismiss. Plaintiff shall file his opposition to the motion 60 days after the motion to dismiss is filed. Defendants shall have two weeks to reply.

      As discussed in the conference, Plaintiffs' motion for relief and motion to submit evidence (ECF Nos. 2-3) are denied as premature but without prejudice to renewal.

      The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from

10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is respectfully requested to close the motions at ECF Nos. 2 and 3 and mail a copy of this order to the Plaintiff.**

Dated: New York, New York
June 29, 2023

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge