UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOMARI E. NORMAN,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                Defendants.

**ORDER**

23-CV-1939 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

      As discussed at the June 29, 2023 case management conference, Defendant New York City Housing Authority ("NYCHA") has clarified that the documents that Plaintiff relied on for the SEPS Rent Supplement program were issued by the New York City Human Resources Administration ("HRA"). *See also* ECF No. 9. As Plaintiff filed an Amended Complaint on July 11, 2023 that removes NYCHA from the Complaint and adds HRA as a Defendant, Defendant NYCHA's motion to dismiss is moot and the Clerk of Court should terminate NYCHA as a defendant.

      Insofar as HRA has been added as a Defendant, the Court will order a summons issued as to Defendant HRA. Once the summons is issued, Plaintiff will have 45 days to serve Defendant HRA.

      Plaintiff's motion to strike the motion to dismiss at ECF No. 16 is denied as moot, because an amended complaint has since been filed.

      The Court notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance

Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is respectfully requested to close the motions at ECF Nos. 9 and 16, issue a summons as to the New York City Human Resources Administration, terminate NYCHA as a Defendant, and mail a copy of this order to the Plaintiff.**

Dated: New York, New York
         August 23, 2023

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge