UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOMARI E. NORMAN,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                         Defendants.

**ORDER**

23-CV-1939 (JHR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court thanks the parties for their submissions at ECF Nos. 55 and 56. *Pro bono* counsel from Seton Hall University is directed to facilitate payment of the settlement check by **Friday, February 9, 2024**, and to file an update letter with this court by **Friday, February 16, 2024**.

The Clerk of the Court is respectfully directed to mail a copy of this order and the documents at ECF Nos. 53, 54, and 56, to David M. White, Esq., SETON HALL UNIVERSITY SCHOOL OF LAW SETTLEMENT CONFERENCE PROGRAM, One Newark Center, Office 429 Newark, New Jersey 07102

Dated: New York, New York
       January 29, 2024

                                          SO ORDERED.

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge